IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEBE STORES INC., a California corporation; and BEBE STUDIO INC., a California corporation,<br><br>        Plaintiffs,<br><br>  vs.<br><br>BECKER ESHAYA, INC. a California corporation,<br><br>        Defendants._____/ | No.06-4621 MEJ<br><br>ORDER SETTING HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS |

The Court hereby sets the hearing date for Defendant's Motion to Dismiss for July 12, 2007, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: June 29, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge