1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEBE STORES, INC., et al.,

                Plaintiff(s),

    v.

BECKER ESHAYA, INC.,

                Defendant(s).

_____/

No. C 07-02103 PJH

**ORDER OF DISMISSAL**

      The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court no later than January 15, 2008, with proof of service thereof, that the agreed consideration for said settlement, as described in the stipulation for immediate entry of judgment upon default filed on August 31, 2007, has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      The parties may substitute a dismissal **with** prejudice simply by submitting a stipulation and order for dismissal with prejudice on or before January 15, 2008.

      SO ORDERED.

Dated:  September 6, 2007

                            _____

                            PHYLLIS J. HAMILTON
                            United States District Judge