BRYAN CAVE LLP
Sean K. McElenney, 160988
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
Email: skmcelenney@bryancave.com
Email: gcchen@bryancave.com

Attorneys for Plaintiffs
bebe stores, inc. and bebe studio, inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| bebe stores, inc., a California corporation; and bebe studio, inc., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Becker Eshaya, Inc., a California corporation,<br><br>Defendant. | Case No. 07-2103-PJH<br><br>**STIPULATION FOR CONDITIONAL DISMISSAL**<br><br>Judge: Hon. Phyllis J. Hamilton<br>Date:<br>Time:<br>Dept.:<br><br>Action Filed: April 13, 2007 |

Plaintiffs bebe stores, inc. and bebe studio, inc. (collectively, "bebe") and defendant Becker Eshaya, Inc. ("Becker Eshaya") hereby stipulate and agree to the conditional dismissal of the above-captioned action, conditioned upon completion by January 3, 2008, of the payments set forth in the Trademark Settlement Agreement attached hereto as Exhibit A, and the terms of the parties' agreement as embodied in their Stipulation for Immediate Entry of Judgment Upon Default filed on August 31, 2007.

. . .

. . .

**APPROVED AS TO FORM AND CONTENT:**

DATED: September 5, 2007

BRYAN CAVE LLP

By /s/ S.K. McElenney
Sean K. McElenney
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406

Attorney for Plaintiffs
bebe stores, inc. and bebe studio, inc.

STEPTOE & JOHNSON LLP

By /s/ M.R. Heimbold
Michael R. Heimbold, Esq.
Dylan Ruga, Esq.
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067-5052
Attorneys for Defendant Becker Eshaya, Inc.

## ORDER

Based upon the parties' stipulation and agreement, it is hereby ordered that the above-captioned action is conditionally dismissed conditioned upon completion by January 3, 2008, of the payments set forth in the Trademark Settlement Agreement and the terms of the parties' agreement as embodied in their Stipulation for Immediate Entry of Judgment Upon Default filed on August 31, 2007.

IT IS SO ORDERED

/s/ Phyllis J. Hamilton
United States District Judge
Judge Phyllis J. Hamilton

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

# PROOF OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action. My business address is Two N. Central Avenue, Suite 2200, Phoenix, AZ 85004-4406.

On September 5, 2007, I served the foregoing document, described as Stipulation for Conditional Dismissal on each interested party in this action, as follows:

> Michael R. Heimbold, Esq.
> Dylan Ruga, Esq.
> Steptoe & Johnson LLP
> 2121 Avenue of the Stars, Suite 2800
> Los Angeles, CA 90067-5052
> Attorneys for Defendant Becker Eshaya, Inc.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☒ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Phoenix, AZ. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ (BY FEDERAL EXPRESS) I deposited in a box or other facility maintained by Federal Express, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

☐ (BY FAX) I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each attached transmission report from sending facsimile machine telephone number (602) 364-7070 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served. A true copy of each such transmission report is attached hereto.

Executed on September 5, 2007, at Phoenix, Arizona.

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

s/Cathy Russell
Cathy Russell